United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                    Case No. 2:20-cr-126(7)

Antwuan Green, Jr.

---

## COURTROOM MINUTES
### Sentencing

| U.S. District Chief Judge Algenon L. Marbley | | Date:   April 1, 2022 @ 11:55 a.m. | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Govt: | Jessica Knight |
| Court Reporter: | Shawna Evans | Counsel for Deft(s): | Sam Shamansky |
| Interpreter | N/A | Pretrial/Probation: | Frank Clardy/ Kristin Clark |

Defendant appeared before the Court with counsel.

Defendant sentenced to sixty (60) months of Probation on Count 1 of the Superseding Information.   Defendant sentenced to the first sixty (60) days of Probation in the Alvis House.

No fine imposed; special assessment of $100 is applied.   Defendant to pay restitution in the amount of $208 to Juan Hernandez and $220 to Stephanie Merejo-Pantojas, which is to paid jointly and severally with co-defendants.